**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

WILLIAM LONG, ET AL.                                                                              PLAINTIFFS

vs.                                                                      Civil Action No. 3:06-cv-601 HTW-LRA

G.D. SEARLE & COMPANY, ET AL.                                                           DEFENDANTS

### ORDER OF RECUSAL

This matter is before the court sua sponte. The undersigned Judge owns stock in Pfizer, Inc., one of the named defendants in the above-styled case, and, therefore, finds that his impartiality might reasonably be questioned. Therefore, the undersigned hereby disqualifies himself from serving as Judge in this cause.

**SO ORDERED this the 29th day of November, 2006.**

                                        **s/ HENRY T. WINGATE
                                        CHIEF UNITED STATES DISTRICT JUDGE**